UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | No. 2:20-cv-06643-GW-AGRx<br><br>**PROTECTIVE ORDER**<br><br>Honorable Alicia G. Rosenberg<br>United States Magistrate Judge |

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that the Protected Material, as defined in the Stipulation, may be disclosed by the parties to this action and used pursuant to and in accordance with the stipulation.

DATED: March 31, 2021.   _____
Honorable Alicia G. Rosenberg
United States Magistrate Judge